Commonwealth *v.* Giovengo, Appellant.

Argued April 13, 1972.
*Ewing B. Pollock,* with him *Pollock, Pollock & Thomas,* for appellant; *W. Bertram Waychoff,* District Attorney, submitted a brief for Commonwealth, appellee.

Appeal quashed.

Commonwealth *v.* Henry, Appellant.

Submitted April 10, 1972. *Stephen H. Hutzleman,* for appellant; *Joseph T. Messina,* Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.